ACCEPTED
01-14-00400-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
12/30/2014 1:04:51 PM
CHRISTOPHER PRINE
CLERK

## No. 01-14-00400-CR

In the
Court of Appeals
For the
First Judicial District of Texas
At Houston

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

12/30/2014 1:04:51 PM

CHRISTOPHER A. PRINE
Clerk

───────◆───────

### No. 1379925
In the 184th District Court of
Harris County, Texas

───────◆───────

**TIMOTHY WAYNE FISHER**
*Appellant*
v.
**THE STATE OF TEXAS**
*Appellee*

───────◆───────

STATE'S MOTION FOR EXTENSION OF TIME
IN WHICH TO FILE APPELLATE BRIEF

───────◆───────

**TO THE HONORABLE COURT OF APPEALS OF TEXAS:**

COMES NOW THE STATE OF TEXAS, in accordance with Rules 10.1(a) and 38.6(d) of the Texas Rules of Appellate Procedure, and files this motion for extension of time in which to file the State's brief in this case, and, in support thereof, presents the following:

1. In the 184th District Court of Harris County, Texas, in The State of Texas v. Timothy Wayne Fisher, Cause Numbers 1379925, appellant was charged with injury to a child.

2. Appellant was sentenced to ninety year incarceration in the Texas Department of Criminal Justice.

3. The State's brief was due on January 2, 2015.

5. An extension of time in which to file the State's brief is requested until February 2, 2015.

6. One previous extension has been requested by the State.

7. The facts relied upon to explain the need for this extension are:

   a) Since the undersigned attorney was assigned this case, the attorney finished writing the State's briefs in the following cases:

   (1) Cause Number 01-13-00822-CR, *Gregorio Guerrero, Appellant v. The State of Texas, Appellee*, which involves one points of error and three volumes of the reporter's record;

   (2) Cause Number 01-13-00931-CR, *Melissa Dromgoole, Appellant v. The State of Texas, Appellee*, which involves four points of error and thirteen volumes of the reporter's record; and

   (3) Cause Number 01-14-00296-CR, *Bobby Eugene Easley, Appellant v. The State of Texas, Appellee*, which involves three points of error and six volumes of the reporter's record.

b) The undersigned attorney is also currently engaged in the preparation of the State's Brief in the following appellate cause numbers:

(1) Cause Number 14-14-00152-CR, *David Dean Harris, Appellant v. The State of Texas, Appellee*, which involves three points of error and fourteen volumes of the reporter's record;

(2) Cause Numbers 01-12-00447-CR and 01-12-00448-CR, *Samuel Espinoza Rodriguez, Appellant v. The State of Texas, Appellee*, which involves fourteen points of error and nine volumes of the reporter's record;

(3) Cause Number 14-14-00386-CR, *Rodney Rochell, Appellant v. The State of Texas, Appellee*, which involves one point of error and five volumes of the reporter's record; and

(4) Cause Number 14-14-00473-CR, *Jimmy Earl Van-Cleave, Appellant v. The State of Texas, Appellee*, which involves two points of error and four volumes of the reporter's record.

ii) The undersigned attorney has and will be out of the office for Christmas and New Year's holiday.

WHEREFORE, the State prays that this Court will grant an extension of time until February 2, 2015 in which to file the State's brief in this case.

Respectfully submitted,

/s/ *Carly Dessauer*

**CARLY DESSAUER**
Assistant District Attorney
Harris County, Texas
1201 Franklin, Suite 600
Houston, Texas 77002
(713) 755-5826
State Bar No. 24069083
dessauer_carly@dao.hctx.net

# CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing instrument will be served to appellant's attorney on December 30, 2014 through TexFile:

Mark C. Kratovil
Assistant Public Defender, Harris County
1201 Franklin Street, 13th Floor
Houston, Texas 77002
mark.kratovil@pdo.hctx.net

/s/ *Carly Dessauer*

**CARLY DESSAUER**
Assistant District Attorney
Harris County, Texas
1201 Franklin, Suite 600
Houston, Texas  77002
(713) 755-5826
State Bar No. 24069083
dessauer_carly@dao.hctx.net
curry_alan@dao.hctx.net

Date:  December 30, 2014